No. 26. ALLEN ET AL. *v.* HARDIN, SECRETARY OF AGRI-CULTURE, ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Charles P. Ryan* and *Edward J. Ryan* for petitioners. *Solicitor General Griswold, Assistant Attorney General Weisl, Alan S. Rosenthal,* and *Walter H. Fleischer* for Hardin, and *Lawrence D. Hollman* and *Carlyle C. Ring, Jr.,* for Zuber et al., respondents.

No. 668. BOROSKI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Kenneth S. Jacobs* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 766. KAUFFMAN *v.* SECRETARY OF THE AIR FORCE. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUG-LAS is of the opinion that certiorari should be granted. *Leonard B. Boudin, Victor Rabinowitz,* and *David Rein* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Robert L. Keuch* for respondent.

No. 420. JONES *v.* JONES ET AL. C. A. 7th Cir. Motion to dispense with printing petition for certiorari granted. Certiorari denied. *William J. Scott,* Attorney General of Illinois, and *Francis T. Crowe, Herman Tavins,* and *A. Zola Groves,* Assistant Attorneys General, for respondents McCormick et al.